# Criminal Case Cover Sheet – U.S. District Court

**SEALED**

**19 CR 57 JDP**

**Place of Offense:**
City: _____
County/Parrish: _____

**Related Case Information:**
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**

Matter to be Sealed  ✓ Yes  ___ No

Def. Name: Alex Jarod Zwiefelhofer
Alias Name: _____
City/State: _____
Year of Birth: 1987      Last 4 digits of SSN _____
Sex: Male                Race: White

**U.S. Attorney Information:**

KEVIN BURKE                     Bar #: _____
Interpreter: ✓ No   ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1     ___ Petty     ___ Misdemeanor     ✓ Felony
                                       ___ Class A
                                       ___ Class B
                                       ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 924(a)(1)(A) | knowingly make false representations on a federal application for a firearms purchase | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: _____       Signature  /s/   KEVIN BURKE