IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 57 JDP |
| ALEX JARED ZWIEFELHOFER, | 18 U.S.C. § 924(a)(1)(A) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about March 25, 2018, in the Western District of Wisconsin, the defendant,

ALEX JARED ZWIEFELHOFER,

knowingly made a false statement and representation to Tilden Gun, 12427 98th Ave, Chippewa Falls, Wisconsin, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Tilden Gun, in that the defendant certified that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than a year.

(In violation of Title 18, United States Code, Section 924(a)(1)(A).)

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 5/15/2019

_____
SCOTT C. BLADER
United States Attorney