# WARRANT OF ARREST

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | | |
|---|---|---|---|
| United States of America<br><br>v.<br><br>Alex Jarod Zwiefelhofer<br><br>Defendant. | DOCKET NO.<br>19 CR 57 | | MAGISTRATE JUDGE CASE NO.<br>JDP |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Alex Jarod Zwiefelhofer<br>Bloomer, WI | | |

Warrant Issued on the Basis of:

✓ Indictment    Order of Court    Information    Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

knowingly make false representations on a federal application for a firearms purchase

IN VIOLATION OF TITLE:    18 U.S.C. Section(s) 924(a)(1)(A)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court:<br>Peter Oppeneer | (By) Deputy Clerk | Date Issued:<br>5/15/2019 |

**RETURN**

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |