# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 5/23/2019   DAY: Thursday   START TIME: 2:35 PM   END TIME: 2:43 PM
JUDGE/MAG.: SLC   CLERK: JAT   REPORTER: FTR
PROBATION OFFICER: J. Harris   INTERPRETER: ---   SWORN: YES ☐ NO ☐
CASE NUMBER: 19-cr-57-jdp-1   CASE NAME: USA v. Alex Jared Zwiefelhofer

**APPEARANCES:**
ASST. U.S. ATTY.: Kevin Burke   DEFENDANT ATTY.: Peter Moyers

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 5 YR(S) IMPRISONMENT; $250,000 FINE;
3 YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: ___   ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☐ GUILTY
- ☒ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE
- ☐ DEFENDANT SWORN
- ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☐ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: 9/16/19 at 9:00 AM   TRIAL ESTIMATE: 1-2 DAYS
PTMH/EVID. HRG.: 7/11/19 at 11:30 AM   MOTIONS DUE: 7/8/19 by noon
FPTC: 9/5/19 at 10:30 AM   FPTC SUBMISSIONS: 9/3/19
FINAL HEARING: 9/11/19 at 2:30 PM

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: ___   OBJECTIONS DUE: ___
SENTENCING: ___ at ___

**RELEASE/DETENTION:**
- ☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☒ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ON REQUEST

**NOTES:**

TOTAL COURT TIME: 8 min.