# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

July 8, 2019

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Alex Jared Zwiefelhofer,*
               Case No. 19-cr-57-jdp

Dear Judge Crocker:

      Pursuant to the Court's Scheduling Order in this matter, pretrial motions are today, July 8, 2019. I am writing to inform the Court that I will not be filing any such motions. For the record, I also acknowledge that this was a tactical decision made after reviewing the discovery, investigating the case and discussing the matter fully with Mr. Zwiefelhofer. He waives his right to appear in court for the pretrial motion hearing. Therefore, if the Court wishes to hold the pretrial motion hearing telephonically, I have no objection.

      Thank you for your time in considering this matter. As always, if the Court requires anything further from me, please do not hesitate to contact me.

                                    Sincerely,

                                    */s/ Peter R. Moyers*

                                    Peter R. Moyers
                                    Associate Federal Defender