IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ALEX ZWIEFELHOFER,

                Defendant.

PRETRIAL MOTION
HEARING ORDER

19-cr-57-jdp
_____

On July 11, 2019, this court held a telephonic pretrial motion hearing. Defendant did not participate personally but was represented by his attorney, Peter Moyers. The government was represented by Assistant United States Attorney Kevin Burke.

Prior to the hearing, defendant filed no pretrial motions. Attorney Moyers confirmed that this was a tactical decision he made in consultation with his client after adequate review of the government's disclosures and adequate investigation of the case. The parties had no other matters to bring to the court's attention. Because the parties are not yet clear whether they will resolve this case short of trial, I will wait to provide draft voir dire questions and jury instructions until closer to the submission deadline for the final pretrial conference.

Entered this 12th day of July, 2019.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge