IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

      v.                                                  Case No. 19-cr-57-JDP

ALEX JARED ZWIEFELHOFER,

                Defendant.

---

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the one-count indictment in this case.

Dated this 4th day of September 2019.

                                                      Respectfully submitted,

                                                      SCOTT C. BLADER
                                                     United States Attorney

                                                     By:      /s/
                                                     DAVID J. REINHARD
                                                     Assistant U. S. Attorney
                                                     Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

                                                     _____
                                                     JAMES D. PETERSON
                                                     United States District Judge

Dated: _____